1  PATRICIA L. McCABE
   California State Bar No. 156634
2  7100 Hayvenhurst Avenue, Suite 314
   Van Nuys, CA 91406
3  Telephone: (818) 907- 9726
   Facsimile: (818) 907-6384
4  E-mail: PLMCCABE@aol.com

5  Attorney for Plaintiff,
   RAFAEL A. ROCHA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RAFAEL A. ROCHA, | Case No.: CV 09-00856 JEM |
| Plaintiff, | |
| v. | [proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL S. ASTRUE, Commissioner, Social Security, | |
| | Magistrate Judge: Hon. John E. McDermott |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Five Thousand One Hundred and 00/100 Dollars ($5,100.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of One Hundred Thirty-Nine and 91/100 Dollars ($139.91), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: June 18, 2010

*/s/John E. McDermott*
UNITED STATES MAGISTRATE JUDGE